SCHMIDT, Respondent, v. SCHOULER, Appellant. (Supreme Court, Appellate Division,

Second Department. April 25, 1902.) Action by Annie Schmidt against Peter Schouler. No opinion. Judgment of the municipal court affirmed by default, with costs.